**FILED**

SEP 28 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00276 HRL |
| Plaintiff, | [~~PROPOSED~~] ORDER MODIFYING RESTITUTION |
| vs. | |
| KESHAWANNA BANKS, | |
| Defendant. | |

To: Richard W. Wieking, Clerk of the Court

By agreement of the parties and probation, it is hereby ordered that the restitution owed in this case, which was previously ordered *not to exceed* $4,903.00 in the Judgment filed on February 5, 2004, is set at the exact amount of $3,903.00. Specifically, $903.00 is owed to Ace Cash Express, Incorporated, 2020 West Briggsmore Boulevard, Modesto, California 95359-3763; and $3000.00 is owed to Budget Meats c/o Abdo Almulaiki, 125 Maze Boulevard, Modesto, California 95351-2645.

Dated: September 28, 2006

HOWARD R. LLOYD
United States Magistrate Judge